UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-24178-CIV-ALTONAGA/Simonton

**MARVELUS SATTIEWHITE, III**, *et al.*,

    Plaintiffs,
v.

**KULA & SAMSON, L.L.P.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiffs' Motion for Reconsideration of the Court's May 29, 2013 Order ("Motion") [ECF No. 87], filed June 10, 2013. Plaintiffs ask the Court to reconsider the Order of May 29, 2013, which denied Plaintiffs' Motion to Strike due to Plaintiffs' failure to comply with Federal Rule of Civil Procedure 12(g)(2).

"Courts have distilled three major grounds justifying reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or manifest injustice." *Instituto de Prevision Militar v. Lehman Bros., Inc.*, 485 F. Supp. 2d 1340, 1342 (S.D. Fla. 2007) (quoting *Cover v. Wal-Mart Stores, Inc.*, 148 F.R.D. 294, 295 (M.D. Fla. 1993)) (internal quotation marks omitted). Arguments that were or should have been raised in the first instance are not appropriate grounds for a motion for reconsideration. *See Gougler v. Sirius Prods., Inc.*, 370 F. Supp. 2d 1185, 1189 (S.D. Ala. 2005). Furthermore, "[i]t is an improper use of 'the motion to reconsider to ask the Court to rethink what the Court already thought through – rightly or wrongly.'" *Z.K. Marine, Inc. v. M/V Archigetis*, 808 F. Supp. 1561, 1563 (S.D. Fla. 1992) (quoting *Above the Belt, Inc. v. Mel Bohannan Roofing, Inc.*, 99 F.R.D. 99,

101 (E.D. Va. 1983)). The reconsideration decision is granted only in extraordinary circumstances and is "committed to the sound discretion of the district judge." *Tristar Lodging, Inc. v. Arch Specialty Ins. Co.*, 434 F. Supp. 2d 1286, 1301 (M.D. Fla. 2006) (quoting *Am. Home Assur. Co. v. Glenn Estess & Assocs., Inc.*, 763 F.2d 1237, 1238-39 (11th Cir. 1985)) (internal quotations omitted).

Plaintiffs do not satisfy the foregoing standards and consequently do not present the sort of extraordinary circumstance reserved for a reconsideration motion. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 87]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 10th day of June, 2013.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record